M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2018 APR 30  A 10: 58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jonsothon Gladney 228295
Full name and prison name of
Plaintiff(s)

v.

Lieutenant Willie Burks

NURSE JANE DOE to the Pleader OF CORIZON
Health Care UNit STATON Correctional
Facility Employee ON 8/30/16 At 10:Pm
Perform Body Chart Documentation
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:18-CV-442-WKW-WC
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ■  No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ■

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) Jonsathon Gladney Pro-se

Defendant(s) Joseph HEADLEY, WARDEN. ET. AL
Lieutenant Walter Posey, ET. AL

2. Court (if federal court, name the district; if state court, name the county)
UNited STATES District Court
MIDDLE District of Alabama Northern Division

3. Docket number _Civil ACTION NO 2:17-CV-21-MHT_
4. Name of judge to whom case was assigned _Honorable Judge MYRON H ThomPSON_
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Steal Pending_
6. Approximate date of filing lawsuit _1/11/17_
7. Approximate date of disposition _2/13/18_

II. PLACE OF PRESENT CONFINEMENT _LimeSTONE Correctional Facility 28779 Nick Davis Road HARVEST, Alabama 35749_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _ELMORE Correctional Facility 3520 Marion Spillway Road ELMORE Alabama 36025_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                                          ADDRESS

1. WARDEN Joseph HEADLEY, ET.AL  3520 Marion Spillway Rd ELMORE, ALA
2. Lt' Walter Poscy, ET.AL  3520 Marion Spillway Rd ELMORE, ALA 36025
3. Lt' Willie Burks.  3520 Marion Spillway Rd. ELMORE, ALA 36025
4. Nurse Jane Doe to the Pleader Name UNKNOWN Employed BY
5. Corizon Health Care STATON Correctional Unit.
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _8/30/16 August 30/2016_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Gladney Contends the ELMORE Correctional Security Staff Failed to Protect AND Denied Gladney of Medical Treatment,_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON 8/30/16 At 10:20 Am Gladney was Rob'd And Assaulted by inmate Davicon williams 295136 At ELMORE Correctional Facility, whom was in A unauthorized Area' At 10:20 Am, Gladney AND inmate Williams 295136 was Escorted into the ELMORE Corr. Fac. Shift office ON 8/30/16, At 4:35 Pm ON 8/30/16 Gladney 228295 & williams 295136 was involve in Another Altercation in A-2 Dormitory where inmate williams 295136 Did Not belong A violation of Gladney Due Process Caus

GROUND TWO: Gladney Contends HE was Denied Medical Treatment AND reasonable Safety, Deshaney V. Winnebago County Dept of Soc. Servs 498 U.S. 189. 109 S.Ct 998. 103 LEd 2d 249 (19.89).

SUPPORTING FACTS: ON 8/30/16 At 4:35 Pm officer Moss stated he observed Several inmates Assaulting inmate Jonothon Gladney 228295. Gladney Contends He was Denied Medical Treatment At the time of the incident. Gladney Also contends He was Denied ALL Medical Treatment by the STATON Health Care NURSE whom Perform'd Gladney Body chart Documentation Form ON 8/30/16 At 10: Pm

GROUND THREE: Gladney Contends He has A Constitutional Protect'd right to medical Care AND reasonable Safety

SUPPORTING FACTS: Gladney Contends the incident occur'd At 4:35 Pm ON 8/30/16 Gladney was Not order'd For Medical Examination until 10:Pm ON 8/30/16 Six Hours Later, then At 10:Pm Gladney was Denied ALL Medical Treatment by the NURSE whom Perform'd Gladney Body chart Documentation Form A Violation of Gladney's Constitutional Protected rights.

STATE BRIEFLY The Facts which support this Ground.
Time, Place and Manner and Person involved

ON 8/30/16 at 4:35 Pm Gladney Contends He was Assaulted by several inmates in A-2 Dormitory. At 4:36 Pm 2nd Shift Commander Correctional Lieutenant Willie M. Burks reported to A-2 Dormitory Gladney Contends He had been beat in the HEAD FACE AND JAW with sticks AND Fist by several inmates the friends of Gladney Attacker Gladney Contend He was Denied Medical Treatment At the time of the Incident by Lieutenant Willie M. Burks.

Gladney Contends that NURSE JANE DOE of STATON Health Care Unit ON 8/30/16 at 10:pm Did Denie inmate Jonathon Gladney 228295 of ANY AND ALL Medical Treatment which Clearly violated inmate Gladney Constitutional rights.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Gladney contend He wishes to sue Lt. Willie Burks for Denieing inmate Jonathon Gladney 228295 Medical Treatment at the time of the incident. Gladney contends He wishes to sue The NURSE who Denied-ed Gladney of Any And ALL Medical Treatment."

_Jonathon Gladney_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-25-18
(Date)

_Jonathon Gladney_
Signature of plaintiff(s)

James Gladney 228295
Limestone Correctional Facility
28779 Nick Davis Road
HARVEST, Alabama 35749

Forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Legal Mail

Ms Debra P. Hackett
U.S. District Court Clerk
Middle District of Alabama
ONE Church Street - B-110
Montgomery, Alabama
36104