IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Jonathon Gladney 228295
  Plaintiff,

V.

        Civil Action No:
        2:18-cv-442-wkw

WILLIE Burks, ET.AL
  Defendants.

RECEIVED
2019 JAN 28 A 10:21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Appointing Counsel

Comes Now the Plaintiff Jonathon Gladney in the Above in Seeking the Appointing of Counsel

    The Court ORDERED that Plaintiff is Advised that He need not repeat any Arguments previously presented the Plaintiff Pro'se Jonathon Gladney 228295 has done in identifying or investigating potential Claims in the Actions the Experience Counsel would have in handling Civil Actions And other Complex Litigations in the Claims Asserted in the Actions Counsel's Knowledge of the Applicable Law ' the resources Counsel will commit to representing the Plaintiff ' THE COURT ' may consider any other matter pertinent to Counsel Ability to Fairly And Adequately represent the interest of the Plaintiff the Pro'se Litigant REST upon the Averments Raised in D.OC # 72 As to willie Burks, ET.AL Defendants includeing medical Defendants.

        Respectfully submitted

Jonathon Gladney 228295
100ª Warrior Lane
Bessemer Alabama 35023

Date 1-25-19

*Jonathon Gladney* (signature)

UNITED STATES DISTRICT COURT
For THE MIDDLE DISTRICT OF ALABAMA
Northern Division

## CERTIFICATE OF SERVICE

I Jonathon Gladney do hereby Certify that A true And Correct Copy of the forgoing has been Furnished by U.S. Mail Service on this 25th Day of Jan. 2019 to the office of the Clerk UNITED STATES DISTRICT COURT one Church Street Suite B-110 Montgomery Alabama 36104

signd Jonathon Gladney

UNITED STATES DISTRICT COURT
For THE MIDDLE DISTRICT OF Alabama
Northern Division

## CERTIFICATE OF SERVICE

I Jonathan Gladney do hereby Certify that A true AND Correct Copy of the foregoing has been Furnished by U.S. Mail Service on this 25th Day of JAN, 2019 to the STATE OF ALABAMA office of ATTorNey GENERAL 501 Washington Avenue P.O. Box 300152 Montgomery Alabama 36130. Todd E. Hughes (AND) Willie Burks, et.Al (AND) ATTorney for LORIZON Stephen C. Rogers (AND) Janice Reeves 655 Gallatin Street SW P.O. Box 18668 (35804-8668) Huntsville Alabama 35801-4936

Signed Jonathan Gladney
Date 1-25-19

Jonathon Gladney 228295
100# Warrior Lane
Bessemer, AL 35023



BIRMINGHAM AL 350
25 JAN 2019 PM 1 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of The Clerk
United States District Court
One Church Street Suite B-110
Montgomery AL 36104



36104-401601