IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHON GLADNEY, #228295, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:18-CV-442-WKW |
| | ) [WO] |
| WILLIE BURKS, Lieutenant; JOSEPH H. HEADLEY, Warden; WALTER POSEY, Lt.; CORIZON HEALTH CARE; and JANICE D. REEVES, | ) |
| Defendants. | ) |

## **ORDER**

On June 29, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 106.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 106) is ADOPTED;

(2) Defendants' motions for summary judgment (Docs. # 55 , 63 , 68 , 77 , 80 , & 101) are GRANTED; and

(3) Costs are TAXED against Plaintiff.

An appropriate final judgment will be entered separately.

DONE this 27th day of July, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE