IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHON GLADNEY, #228295, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:18-CV-442-WKW |
| ) | [WO] |
| WILLIE BURKS, Lieutenant; ) | |
| JOSEPH H. HEADLEY, Warden; ) | |
| WALTER POSEY, Lt.; CORIZON ) | |
| HEALTH CARE; and JANICE D. ) | |
| REEVES, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 29, 2021, the Magistrate Judge filed a Recommendation that this court grant Defendants' motions for summary judgment. (Doc. # 106.) Plaintiff did not file an objection within the allotted fourteen-day period. Thereafter, the Recommendation was adopted, Defendants' motions for summary judgment (Docs. # 55, 63, 68, 77, 80, & 101) were granted, and final judgment was entered against Plaintiff. (Docs. # 108–09.) Pending is Plaintiff's motion for an extension of time to file objections, dated June 27, 2021,[1] postmarked August 3, 2021, and received and docketed on August 5, 2021. (Doc. # 109.)

---

[1] Plaintiff erroneously dated the motion June 27, 2021, which is two days prior to the entry of the Recommendation. The erroneous date does not affect the court's ruling on the motion.

Based upon careful consideration, an extension of time is not warranted. The motion sets forth objections to the Recommendation, but a *de novo* review of the record, *see* 28 U.S.C. § 636, reveals that the asserted objections lack merit. Defendants' evidentiary materials, which include affidavits, photographs and medical records, refute, without dispute, Plaintiff's claims for relief. Additionally, contrary to Plaintiff's objection to the grant of immunity to the medical defendants, the Recommendation expressly found that immunity was inapplicable to the medical defendants. (*See* Doc. # 106 at 9, n.3.)

For the foregoing reasons, it is ORDERED that Plaintiff's motion for an extension of time (Doc. # 109) is DENIED.

DONE this 16th day of August, 2021.

                                                /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE